AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern          District of          New York

Faruk Ozdemir

V.

U.S. Citizenship and Immigration Services
Federal Bureau of Investigation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



07 CIV 5645
JUDGE KARAS

TO: (Name and address of Defendant)

U.S. Citizenship and Immigration Services, 26 Federal Plaza, New York, New York 10278

Federal Bureau of Investigation J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard B. Solomon, Esq.
Law Office of Richard B. Solomon
427 Bedford Road, Suite 340
Pleasantville, NY 10570

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    JUN 1 3 2007

CLERK                                 DATE

*Marcos Quintero*

(By) DEPUTY CLERK