UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FARUK OZDEMIR,

                Plaintiff,                           **ECF CASE**

      v.

                                         07 Civ. 5645 (KMK)

US CITIZENSHIP AND IMMIGRATION
SERVICES, et al.

                                         NOTICE OF APPEARANCE

                Defendants.
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          July 10, 2007

                                                Respectfully submitted,

                                               MICHAEL J. GARCIA
                                               United States Attorney for the
                                               Southern District of New York

                                By:    /s/ _____
                                               JOHN D. CLOPPER
                                               Assistant United States Attorney
                                               86 Chambers Street, 3rd Floor
                                               New York, New York 10007
                                               Telephone: (212) 637-2716
                                               Facsimile: (212) 637-2750
                                               Email: john.clopper@usdoj.gov

TO:    Richard B. Solomon, Esq.
         427 Bedford Road, Suite 340
         Pleasantville, NY 10570