UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FARUK OZDEMIR,

              Plaintiff,

-v-

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, and FEDERAL BUREAU OF
INVESTIGATION,

              Defendants.

Case No. 07-CV-5645 (RJS)

ORDER

---

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on September 19, 2007, the Court adopted the following schedule:

> Defendant shall file and serve its motion to dismiss the plaintiff's complaint not later than October 26, 2007.
>
> Plaintiff's opposition papers shall be served upon opposing counsel not later than November 9, 2007.
>
> Defendant's reply shall be served not later than November 16, 2007.

SO ORDERED.

Dated:    New York, New York
            September 19, 2007

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE