Sullivan, J

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN D. CLOPPER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.: (212) 637-2716

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

FARUK OZDEMIR,

    Plaintiff,

  v.

U.S. CITIZENSHIP & IMMIGRATION
SERVICES and FEDERAL BUREAU OF
INVESTIGATION,

    Defendants.
------------------------------------------------------------ x

07 Civ. 5645 (RJS)

STIPULATION AND ORDER OF
DISMISSAL

  IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
   October 17, 2007

RICHARD B. SOLOMON, ESQ.
Attorney for Plaintiff

By: _____
RICHARD B. SOLOMON, ESQ.
427 Bedford Road, Suite 340
Pleasantville, New York 10570
Tel. No.: (914) 769-8568

Dated: New York, New York
       October 17, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
    JOHN D. CLOPPER
    Assistant United States Attorney
    86 Chambers Street
    New York, New York 10007
    Tel. No.: (212) 637-2716

SO ORDERED:

_____
THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE
10/25/07